IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN MANUEL ROMAN | § | |
| Petitioner, | § | |
| VS. | § | NO. 3-08-CV-0002-N |
| DAVID BERKEBILE, Warden, FCI-Seagoville | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), including a de novo review of those portions to which objection was made, I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SIGNED October 6, 2008.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE